FILED

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 NOV -2 PM 2: 44

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**BERNADETTE CANNONIER,**              )    Case No. 6:16-CV-1920-ORL-22GJK
                                       )
       **Plaintiff,**                  )
                                       )
v.                                     )
                                       )
                                       )
**INTERNATIONAL CRUISE &**             )
**EXCURSIONS, INC.,**                  )
an Arizona, corporation,               )
                                       )
       **Defendant.**                  )
                                       )
_____)

### COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, BERNADETTE CANNONER (hereinafter "Plaintiff"), by and through her undersigned counsel, and files this action against Defendant, INTERNATIONAL CRUISE EXCURSIONS, INC.. (hereinafter Defendant"), for violations of Title VII of the Civil Rights Act of 1964, and in further support states as follows:

### GENERAL ALLEGATIONS

1. The Plaintiff is a resident of Orange County, Florida.

2. Defendant, INTERNATIONAL CRUISE EXURSIONS, INC., is an Arizona corporation authorized to do business in the state of Florida.

3. Plaintiff was employed by Defendant between August of 2014, and December of 2015.

1



4. During her employment with Defendant, Plaintiff was subjected to various offensive behavior, in violation of 42 USC § 2000(e) (2016).

5. Venue is proper in the Middle District of Florida, as the cause of action alleged herein accrued in the Middle District of Florida.

6. All conditions precedent to the filing of this action have occurred, been waived, or their performance is otherwise excused, specifically including an exhaustion of administrative remedies. Plaintiff has received a "right to sue letter" from the Equal Employment Opportunity Commission (a copy of which is attached hereto as Exhibit "A").

7. As a result of the Defendant's actions, Plaintiff has retained the undersigned counsel to represent her in this instant action, and is obligated to pay the undersigned a reasonable fee.

### COUNT I – VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 (HOSTILE WORK ENVIRONMENT)

8. Plaintiff realleges paragraphs 1 through 7 above, as though fully set forth herein.

9. This is an action for violation of Title VII of the Civil Rights Act of 1964, 42 USC § 2000(e) (2016).

10. Plaintiff is a member of a protected class.

11. By being subjected to extreme and outrageous behavior, sexual in nature, Plaintiff suffered intentional discrimination because of his or her protected class.

12. The discrimination was both pervasive and regular. In fact, the discrimination was so pervasive and severe as to alter the conditions of the Plaintiff's employment, and create an abusive working environment.

13. The discrimination detrimentally affected the Plaintiff.

14. The discrimination would detrimentally affect a reasonable person of the same protected class in the same employment position as the Plaintiff.

15. Defendant is liable, through the well established principle of *respondeat superior*, for the actions of its agents that subjected the Plaintiff to the discrimination complained of.

WHEREFORE, Defendant demands judgment against Defendant in an amount to be proven at trial, attorney's fees, costs, and for such further relief as this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues so triable as a matter of right.

>Respectfully submitted,
>NeJame Law, P.A.
>
>By: *s/ Andrew C. Hill*
>    Florida Bar No. 46755
>    189 S. Orange Avenue
>    Suite 1800
>    Orlando, Florida 32801
>    Telephone: (407) 500-0000
>    Facsimile: (407) 245-2980
>    civilservice@nejamelaw.com
>    stephen@nejamelaw.com
>    darlene@nejamellaw.com
>    Attorney for Plaintiff