# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BERNADETTE CANNONIER,**

                    **Plaintiff,**

**v.**                                                              **Case No:   6:16-cv-1920-Orl-22GJK**

**INTERNATIONAL CRUISE &
EXCURSIONS, INC.,**

                    **Defendant.**

---

## ORDER OF DISMISSAL

        The Court has been advised by the Mediator that the above-styled action has been settled. (Doc. No. 20).   Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

        **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

        **DONE** and **ORDERED** at Orlando, Florida on May 7, 2018.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**

Counsel of Record